**Order entered January 25, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00949-CR

**ALEX LEON DICKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F16-75623-X**

## ORDER

Before the Court is appellant's January 22, 2019 motion to extend time to file his brief.

We **GRANT** the motion and **ORDER** the brief filed on or before February 22, 2019.


/s/  BILL PEDERSEN, III
   JUSTICE